**STATE of Missouri, Respondent,**

v.

**Chane NUTT, Appellant.**

**WD 77533**

Missouri Court of Appeals,
Western District.

ORDER FILED: SEPTEMBER 22, 2015

Karen Louise Kramer, Jefferson City, MO, Counsel for Respondent.

Amy Marie Batholow, Columbia, MO, Counsel for Appellant.

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

754

## ORDER

Per Curiam:

Chane Nutt appeals from a judgment entered upon a jury verdict finding him guilty of three counts of endangering the welfare of a child, one count of forcible sodomy, one count of statutory sodomy, one count of third degree assault, and one count of tampering with a witness. We affirm. Rule 30.25(b).